## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| EASTERN ATLANTIC STATES CARPENTERS FUNDS AND THE TRUSTEES THEREOF and EASTERN ATLANTIC STATES REGIONAL COUNCIL OF CARPENTERS as successors to KEYSTONE MOUNTAIN LAKES REGIONAL COUNCIL OF CARPENTERS, | |
| Petitioners, | Civil Action No. 24-11075 (MAS) (JTQ) |
| v. | **MEMORANDUM ORDER** |
| LAMORTE CONSTRUCTION, INC., | |
| Respondent. | |

This matter comes before the Court on the Petition to Confirm Arbitration Award (ECF No. 1) and Motion to Confirm Arbitration Award (ECF No. 2) of Petitioners Eastern Atlantic States Carpenters Funds and the Trustees Thereof and Eastern Atlantic States Regional Council of Carpenters as successors to Keystone Mountain Lakes Regional Council of Carpenters (together, "Petitioners"). LaMorte Construction Inc. ("Respondent") has not appeared in this action.

The Certification of Service in support of Petitioners' Motion states that the Petition and Motion were forwarded to Respondent at the following address:

> 929 W **Lancey** Road
> Forked River, New Jersey 08731

(emphasis added) (Certification of Service, ECF No. 2-4.) The Short Form Agreement attached as Exhibit B to the Petition, however, reflects the following address for Respondent:

929 West **Lacey** Road
Forked River, New Jersey 08731

(emphasis added) (Pet. ¶ 5, ECF No. 1 at *2; Pet. Ex. B, ECF No. 1 at *59.)[1]

Here, based on the discrepancy in Respondent's address, the Court finds good cause to deny Petitioners' motion without prejudice and require Petitioners to file a supplemental certification with proof of service. Based on the foregoing, and for other good cause shown,

**IT IS**, on this <u>30th</u> day of July 2025, **ORDERED** as follows:

1.    Petitioners' Motion to Confirm Arbitration Award (ECF No. 2) is **DENIED** without prejudice.

2.    Petitioners must file a supplemental certification regarding the address discrepancy and proof of service by **August 29, 2025**.

<br>

_Michael Shipp_

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**

---

[1] Page numbers preceded by an asterisk refer to the page numbers atop the ECF header.